IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————————

No. 00-60846

———————————————

JOSE NELSON MOLINA-PARADA,

                                        Petitioner,

versus

JOHN ASHCROFT,
ATTORNEY GENERAL,

                                        Respondent.

---------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A90-972-608
---------------------
March 7, 2002

Before REAVLEY, WIENER, and PARKER, Circuit Judges.

PER CURIAM:[*]

    Jose Nelson Molina-Parada petitions for review of an order of the Board of Immigration Appeals (BIA) holding that Molina-Parada's state conviction for felony driving while intoxicated was an aggravated felony warranting his removal from this country. The respondent and Molina-Parada have filed a joint motion to remand the case to the BIA for reconsideration in light of United States v. Chapa-Garza, 243 F.3d 921, 927 (5th Cir. 2001). Both parties also move to withdraw the respondent's

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

motion to dismiss and to withdraw the petitioner's "response to 'respondent's motion to remand.'"

Molina-Parada's petition for review is GRANTED. The order of the BIA is VACATED, and this case is REMANDED to the BIA for disposition consistent with Chapa-Garza, 243 F.3d at 927. All other outstanding motions are DENIED.